IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JASON SALVADOR SOLARES SOLARES,
(A240-500-089)

Petitioner,

v.

WARDEN/FACILITY ADMINISTRATOR, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-03807-JMS-AS

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the court has reviewed the 28 U.S.C. § 2241 Petition regarding Petitioner Jason Salvador Solares Solares, as well as the record and filings in this case, along with the Magistrate Judge's August 5, 2026 Report and Recommendation. No party filed objections to the Report and Recommendation within the time permitted. *See* ECF No. 19. The court accepts the recommendations of the Magistrate Judge. Accordingly, IT IS ORDERED:

1. The August 5, 2026 Report and Recommendation is ACCEPTED;

2. The Petition, ECF No. 1, is GRANTED in part such that, within seven days of this order, Respondents shall either (1) provide Petitioner Jason Salvador Solares Solares a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), at which the government shall bear the burden of justifying continued detention by clear and convincing evidence, or (2) release Petitioner from custody;

3. Petitioner's request for immediate release is DENIED WITHOUT PREJUDICE as set forth in the Report and Recommendation. *See Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1213–14 (9th Cir. 2022);

4. Respondents shall file a status report by August 20, 2026, confirming their compliance with this Order and advising the court of the outcome of Petitioner's bond hearing.

DATED: August 12, 2026.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge