UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JASON SALVADOR SOLARES SOLARES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN FACILITY ADMINISTRATOR, ADELANTO ICED PROCESSING CENTER,<br><br>Respondent. | Case No. 5:26-cv-03807-JMS-AS<br><br>**JUDGMENT** |

Pursuant to the August 12, 2026 Order Accepting Magistrate Judge's Report and Recommendation, ECF No. 21, and an Order Denying Petitioner's Emergency Request, ECF No. 30,

IT IS ADJUDGED that the Petition is granted in part. Respondent was ordered to provide Petitioner a bond hearing before an immigration judge, or release Petitioner. A bond hearing occurred on August 24, 2026, and the immigration judge denied release, determining by clear and convincing evidence

that Petitioner is a flight risk. On September 18, 2026, the court denied Petitioner's Emergency Notice of Noncompliance. ECF No. 30.

Judgment is now entered consistent with the foregoing.

DATED: October 23, 2026.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge